ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
CHARAN M. HIGBEE (SBN 148293)
Email: Charan.Higbee@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
CONNECTICUT GENERAL LIFE INSURANCE COMPANY and
SEATTLE'S SIMPSON INVESTMENT COMPANY
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID L. GENSAW, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY; and SEATTLE'S SIMPSON INVESTMENT COMPANY LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No.:    CV09-05139 PJH<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED]** ORDER<br><br>[Local Rule 6-1]<br><br>Courtroom    :    3<br>Honorable Phyllis J. Hamilton |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff David L. Gensaw, Sr. and defendants Connecticut General Life Insurance Company ("CGLIC") and Seattle's Simpson Investment Company Long Term Disability Plan through their attorneys of record, as follows:

　　1.　　The response of defendant CGLIC to plaintiff's Complaint currently is due on December 9, 2009;

---

1
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case #CV09-05139 PJH
494602.1

2. The parties have agreed that defendants CGLIC and Seattle's Simpson Investment Company Long Term Disability Plan may have an extension to and including January 4, 2010 to answer or otherwise respond to the Complaint herein; and

3. This extension will not alter the date of any event or any deadline already fixed by Court order.

Date: December 9, 2009

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Adrienne C. Publicover
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendants
CONNECTICUT GENERAL LIFE INSURANCE COMPANY and SEATTLE'S SIMPSON INVESTMENT COMPANY LONG TERM DISABILITY PLAN

Date: December 7, 2009

SHERNOFF BIDART
DARRAS ECHEVERRIA, LLP

By: /s/ Frank N. Darras
FRANK N. DARRAS
LISSA A. MARTINEZ
Attorneys for Plaintiff
DAVID L. GENSAW, SR.

**ORDER**

**IT IS SO ORDERED.**

Date: 12/14/09

By: _____
HONORABLE P.J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

2
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case #CV09-05139 PJH
494602.1

# CERTIFICATE OF SERVICE
*David L. Gensaw, Sr. v. Connecticut General Life Insurance Company, et al.*
*USDC NDCA Case #CV09-05139 PJH*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Frank N. Darras, Esq.
Lissa A. Martinez, Esq.
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Tel:   (909) 390-3770
Fax:   (909) 974-2121

*Attorneys for Plaintiff*
*DAVID L. GENSAW, SR.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **December 9, 2009** at San Francisco, California.

_____
Nancy Li