UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED
JAN 2 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DAVID L. GENSAW, SR.,

                    Plaintiff(s),

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY; and SEATTLE'S SIMPSON INVESTMENT COMPANY LONG TERM DISABILITY PLAN,
                    Defendant(s).

CASE NO. CV09-05139 PJH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [X] Private ADR *(please identify process and provider)* _____
  Private Mediation; mediator to be determined.

The parties agree to hold the ADR session by:
- [X] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

                    SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

Date: January 21, 2010        /s/ Lissa A. Martinez
                                   Attorneys for Plaintiff

                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Date: January 21, 2010        /s/ Charan M. Higbee
                                   Attorneys for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [x] Private ADR

Deadline for ADR session

- [x] 90 days from the date of this order.
- [ ] other _____

IT IS SO ORDERED.

Dated: 1/22/10

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT      JUDGE