FRANK N. DARRAS #128904, fdarras@sbdelaw.com
LISSA A. MARTINEZ #206994, lmartinez@sbdelaw.com
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Attorneys for Plaintiff
DAVID L. GENSAW, SR.

ADRIENNE C. PUBLICOVER # 161432, adrienne.publicover@wilsonelser.com
CHARAN M. HIGBEE #148293, charan.higbee@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990
Fax: (415) 434-1370
Attorneys for Defendants
CONNECTICUT GENERAL LIFE INSURANCE COMPANY
and SIMPSON INVESTMENT COMPANY LONG TERM
DISABILITY PLAN (sued herein as SEATTLE'S SIMPSON
INVESTMENT COMPANY LTD PLAN)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. GENSAW, SR.<br><br>Plaintiff,<br><br>vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY; and SIMPSON INVESTMENT COMPANY LONG TERM DISABILITY PLAN (sued herein as SEATTLE'S SIMPSON INVESTMENT COMPANY LONG | Case No.: C 09-05139 PJH<br><br>JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND (PROPOSED) ORDER<br><br>Case Management Conference:<br>Date: February 4, 2010<br>Time: 2:00 p.m.<br>Place: Courtroom 3 |

TERM DISABILITY PLAN),

  Defendants.

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

  Plaintiff DAVID L. GENSAW, SR. (hereinafter "Plaintiff or Mr. Gensaw") and Defendants CONNECTICUT GENERAL LIFE INSURANCE COMPANY (hereinafter "Defendant" or "Conn General"), and SIMPSON INVESTMENT COMPANY LONG TERM DISABILITY PLAN (sued herein as SEATTLE'S SIMPSON INVESTMENT COMPANY LONG TERM DISABILITY PLAN) (hereinafter "Defendant" or "The Plan") by and through their respective counsel of record, hereby stipulate and respectfully request that the Case Management Conference currently scheduled for February 4, 2010, in this matter be continued for approximately 84 days. The parties have begun informal settlement discussions and are working diligently to resolve this matter. The parties are agreeable that this matter may be continued to a mutually convenient to allow additional time to try to resolve this matter.

  In the meanwhile, the parties request an 84 day continuance of the Case Management Conference, in order to allow the parties a chance to informally negotiate the case first.

  If the Court approves the parties' Stipulation and Request for Continuance, the parties propose the following date (or a date thereafter as may be convenient to the Court):

- Case Management Conference Date    <u>April 29, 2010</u>

  In light of the parties agreement to informally negotiate and good faith attempts to resolve this matter, good cause exists to grant the parties' request for a

1 continuance based on the following grounds:

2     1. The above captioned action was filed in the United States District
3 Court, Northern District of California, on October 29, 2009 and served on
4 November 19, 2009. The case involves disputes regarding benefits under a
5 disability policy.

6     2. In its November 17, 2009, Order Setting Case Management
7 Conference the Court set the Case Management Conference date for
8 February 4, 2010.

9     3. On December 9, 2009, counsel for the Defendants filed a stipulation
10 for continuance of time to January 4, 2010, to file a responsive pleading.

11     4. On December 28, 2009, Defendants filed an answer to Plaintiff's
12 complaint.

13 For all the stated reasons above, IT IS HEREBY STIPULATED AND
14 AGREED by and between the parties and their respective counsel of record, and it
15 is respectfully requested that the Court permit and enter an Order to continue the
16 ///
17
18 ///
19
20 ///
21
22 ///
23
24 ///
25
26 ///
27
28 ///

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND (PROPOSED) ORDER

Case Management Conference currently set for February 4, 2010, for an additional 84 days to the date set forth herein.

Dated: January 25, 2010

SHERNOFF BIDART DARRAS ECHEVERRIA LLP

    */s/ Lissa A. Martinez*
FRANK N. DARRAS
Attorneys for Plaintiff

Dated: January 25, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

    */s/ Adrienne C. Publicover*
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED. The Case Management Conference is being continued from February 4, 2010, to April 29, 2010, at 2:00 p.m. in Courtroom 3.

DATED: January 26, 2010

_____
HONORABLE PHYLLIS J. HAMILTON
Judge of the District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA