1  FRANK N. DARRAS #128904, fdarras@sbdelaw.com
2  LISSA A. MARTINEZ #206994, lmartinez@sbdelaw.com
   SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3  3257 East Guasti Road, Suite 300
4  Ontario, CA  91761
   Telephone:  (909) 390-3770
5  Facsimile:   (909) 974-2121
6  Attorneys for Plaintiff
7  DAVID L. GENSAW, SR.

8  ADRIENNE C. PUBLICOVER # 161432, adrienne.publicover@wilsonelser.com
9  CHARAN M. HIGBEE #148293, charan.higbee@wilsonelser.com
   WILSON, ELSER, MOSKOWITZ,
10    EDELMAN & DICKER LLP
11 525 Market Street, 17th Floor
   San Francisco, California  94105
12 Tel:   (415) 433-0990
13 Fax:   (415) 434-1370
   Attorneys for Defendants
14 CONNECTICUT GENERAL LIFE INSURANCE COMPANY
15 and SIMPSON INVESTMENT COMPANY LONG TERM
16 DISABILITY PLAN (sued herein as SEATTLE'S SIMPSON
   INVESTMENT COMPANY LTD PLAN)
17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  DAVID L. GENSAW, SR. | Case No.: C 09-05139 PJH |
| 22        Plaintiff, | JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND (PROPOSED) ORDER |
| 23        vs. | |
| 24  CONNECTICUT GENERAL LIFE INSURANCE COMPANY; and SIMPSON INVESTMENT COMPANY LONG TERM DISABILITY PLAN (sued herein as SEATTLE'S SIMPSON INVESTMENT COMPANY LONG | Case Management Conference:<br>Date:   February 4, 2010<br>Time:   2:00 p.m.<br>Place:  Courtroom 3 |

TERM DISABILITY PLAN),

          Defendants.

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff DAVID L. GENSAW, SR. (hereinafter "Plaintiff or Mr. Gensaw") and Defendants CONNECTICUT GENERAL LIFE INSURANCE COMPANY (hereinafter "Defendant" or "Conn General"), and SIMPSON INVESTMENT COMPANY LONG TERM DISABILITY PLAN (sued herein as SEATTLE'S SIMPSON INVESTMENT COMPANY LONG TERM DISABILITY PLAN) (hereinafter "Defendant" or "The Plan") by and through their respective counsel of record, hereby stipulate and respectfully request that the Case Management Conference currently scheduled for February 4, 2010, in this matter be continued for approximately 84 days.  The parties have begun informal settlement discussions and are working diligently to resolve this matter.  The parties are agreeable that this matter may be continued to a mutually convenient to allow additional time to try to resolve this matter.

In the meanwhile, the parties request an 84 day continuance of the Case Management Conference, in order to allow the parties a chance to informally negotiate the case first.

If the Court approves the parties' Stipulation and Request for Continuance, the parties propose the following date (or a date thereafter as may be convenient to the Court):

- Case Management Conference Date      <u>April 29, 2010</u>

In light of the parties agreement to informally negotiate and good faith attempts to resolve this matter, good cause exists to grant the parties' request for a

continuance based on the following grounds:

1. The above captioned action was filed in the United States District Court, Northern District of California, on October 29, 2009 and served on November 19, 2009. The case involves disputes regarding benefits under a disability policy.

2. In its November 17, 2009, Order Setting Case Management Conference the Court set the Case Management Conference date for February 4, 2010.

3. On December 9, 2009, counsel for the Defendants filed a stipulation for continuance of time to January 4, 2010, to file a responsive pleading.

4. On December 28, 2009, Defendants filed an answer to Plaintiff's complaint.

For all the stated reasons above, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, and it is respectfully requested that the Court permit and enter an Order to continue the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Case Management Conference currently set for February 4, 2010, for an additional
2  84 days to the date set forth herein.

4  Dated: January 25, 2010          SHERNOFF BIDART DARRAS
5                                   ECHEVERRIA LLP

6                                   _____*/s/ Lissa A. Martinez*_____
7                                   FRANK N. DARRAS
                                    Attorneys for Plaintiff

9  Dated: January 25, 2010          WILSON, ELSER, MOSKOWITZ,
10                                  EDELMAN & DICKER LLP

11                                  _____*/s/ Adrienne C. Publicover*_____
12                                  ADRIENNE C. PUBLICOVER
                                    CHARAN M. HIGBEE
13                                  Attorneys for Defendants

### ORDER

17  IT IS SO ORDERED.  The Case Management Conference is being
18  continued from February 4, 2010, to April 29, 2010, at 2:00 p.m. in Courtroom 3.

21  DATED: January 26, 2010         _____
22                                  HONORABLE PHYLLIS J. HAMILTON
                                    Judge of the District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*