AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

David L. Gensaw, Sr.

Plaintiff (s),

V.

Connecticut General Life Insurance Company, et al.

Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: C 09-05139 PJH

Notice is hereby given that, subject to approval by the court, __DAVID L. GENSAW, SR.__ substitutes
(Party (s) Name)

__Frank N. Darras, DARRAS LAW__, State Bar No. __128904__ as counsel of record in
(Name of New Attorney)

place of __Frank N. Darras, Shernoff Bidart Darras Echeverria LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Darras Law
Address: 3257 East Guasti Road, Suite 300, Ontario, CA 91761
Telephone: (909) 390-3770     Facsimile (909) 974-2121
E-Mail (Optional): fdarras@darraslaw.com

I consent to the above substitution.
Date: January 3?, 2010
(Signature of Party (s))

I consent to being substituted.
Date: February 1, 2010
FRANK N. DARRAS
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: February 1, 2010
(Signature of New Attorney)
FRANK N. DARRAS

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/23/10

Judge
HON. PHYLLIS J. HAMILTON

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com