FRANK N. DARRAS #128904, frank@darraslaw.com
LISSA A. MARTINEZ #206994, lmartinez@darraslaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. GENSAW, SR.<br><br>Plaintiff,<br><br>vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY; and SEATTLE'S SIMPSON INVESTMENT COMPANY LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No.: C09-05139 PJH<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT; REQUEST TO TAKE INITIAL CASE MANAGEMENT CONFERENCE OFF CALENDAR; AND** MODIFIED **(~~PROPOSED~~) ORDER**<br><br>**Initial Case Management Conference:**<br>Date:  April 29, 2010<br>Time:  2:00 p.m.<br>Place:  Courtroom 3<br><br>Date Action Filed: October 29, 2009 |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action,

each side to bear their own attorney fees and costs within 30 days.

Plaintiff also requests that the initial case management conference set for April 29, 2010, at 2:00 p.m. be taken off calendar.

Dated: March 29, 2010

**DarrasLaw**

/s/ Lissa A. Martinez
FRANK N. DARRAS
LISSA A. MARTINEZ
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED. The Initial Case Management Conference on April 29, 2010, at 2:00 p.m. in Courtroom 3 is ~~vacated~~. continued to May 27, 2010. The date will be vacated if dismissal filed in advance.

DATED: March 31, 2010

_____
HONORABLE PHYLLIS J. HAMILTON
Judge of the United States District Court

[Signature stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]