1   FRANK N. DARRAS #128904
    LISSA A. MARTINEZ #206994
2   DARRASLAW
3   3257 East Guasti Road, Suite 300
    Ontario, CA  91761
4   Telephone:   (909) 390-3770
    Facsimile:    (909) 974-2121
5   Email: frank@darraslaw.com; lmartinez@darraslaw.com
6
    Attorneys for Plaintiff
7   DAVID L. GENSAW, SR.
8
    ADRIENNE C. PUBLICOVER # 161432
9   CHARAN M. HIGBEE #148293
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
10  525 Market Street, 17th Floor
    San Francisco, CA  94105
11  Phone: (415) 433-0990
    Fax: (415) 434-1370
12  Email: adrienne.publicover@wilsonelser.com;
13
    Attorneys for Defendants: Connecticut General Life Insurance Company and Simpson
14  Investment Co. LTD Plan (sued herein as Seattle's Simpson Investment Company LTD
15  Plan)
16
17              UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA
19
20  DAVID L. GENSAW, SR.                    Case No: C09-05139 PJH
21         Plaintiff,
22     vs.                                  **STIPULATION RE VOLUNTARY
                                            DISMISSAL OF ENTIRE ACTION
23  CONNECTICUT GENERAL LIFE               WITH PREJUDICE; AND
24  INSURANCE COMPANY; and                 (PROPOSED) ORDER**
    SEATTLE'S SIMPSON INVESTMENT
25  COMPANY LONG TERM DISABILITY
    PLAN,
26
27         Defendants.
28

- 1 -

1    IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff DAVID L. GENSAW,

2  SR. and defendant CONNECTICUT GENERAL LIFE INSURANCE COMPANY; and

3  SIMPSON INVESTMENT COMPANY LONG TERM DISABILITY PLAN, and their

4  attorneys of record, that the parties have resolved this matter in its entirety.

5    IT IS HEREBY AGREED that the complaint and any counterclaim on file herein

6  shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

7

8  Dated: May 24, 2010                **D** DarrasLaw

9                                         _____ /s/ Frank N. Darras _____

10                                        FRANK N. DARRAS
                                          LISSA A. MARTINEZ
11                                        Attorneys for Plaintiff
                                          DAVID L. GENSAW, SR.
12

13  Dated: May 24, 2010               WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP
14

15                                        _____ /s/ Adrienne C. Publicover _____
                                          ADRIENNE C. PUBLICOVER
16                                        CHARAN M. HIGBEE
                                          Attorneys for Defendants
17                                        CONNECTICUT GENERAL LIFE
                                          INSURANCE COMPANY and
18                                        SIMPSON INVESTMENT COMPANY
                                          LONG TERM DISABILITY PLAN
19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; (PROPOSED) ORDER



1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9
10   DAVID L. GENSAW, SR.                    Case No: C09-05139 PJH
11           Plaintiff,
12       vs.                                 **ORDER DISMISSING ENTIRE
                                             ACTION WITH PREJUDICE**
13   CONNECTICUT GENERAL LIFE
     INSURANCE COMPANY; and
14   SEATTLE'S SIMPSON INVESTMENT
     COMPANY LONG TERM DISABILITY
15   PLAN,
16
17           Defendants.
18

19                         **O R D E R**

20

21       The parties having stipulated that this matter has been resolved in its entirety and

22   each side to bear their own attorneys fees and costs, this matter is hereby dismissed

23   with prejudice.

24

25   **IT IS SO ORDERED.**

26

27   Dated:  5/26/10

28                                    _____
                                      Honorable Phyllis
                                      Judge of the U.S. District Court